```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

DONALD ALLEN, *et al*                                PLAINTIFFS

    v.                          No. 13-6013

PNC MORTGAGE, *et al*                                DEFENDANTS

## ORDER

Now on this 13th day of March 2013, there comes on for consideration the report and recommendation filed herein on February 11, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiffs' motion for *Ex Parte* Relief (Doc. 5) is DENIED without prejudice to refiling in accordance with Rule 65(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

                                                    /s/ Robert T. Dawson
                                                  Honorable Robert T. Dawson
                                                  United States District Judge